DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SVITLANA LICHTENSTEIN,**
Appellant,

v.

**REALCET, LLC,**
Appellee.

No. 4D17-2615

[March 22, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case No. CACE 16-23085 (18).

Andrey Solonenko, Miramar, for appellant.

Peter B. Weintraub of Weintraub & Weintraub, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER, JJ., and ROBERTS, KATHLEEN H., Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***